**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP,<br><br>    Defendants. | C.A. No. 23-cv-00653-GBW |

**DEFENDANT JAMES TAYLOR'S MOTION TO
DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Defendant James Taylor respectfully moves this Court to dismiss the Amended Class Action Complaint.

The grounds for this motion are set forth in Defendant James Taylor's opening brief, filed herewith.

Dated: January 12, 2024

                  **BARNES & THORNBURG LLP**

                  By: /s/ *Michael J. Maimone*

OF COUNSEL          Michael J. Maimone (DE No. 3592)

                  Gabriella Mouriz (DE No. 6993)

Lawrence Gerschwer       222 Delaware Avenue, Suite 1200

Joseph A. Matteo         Wilmington, DE 19801

Charlotte H. Underwood     Telephone: (302) 300-3471

390 Madison Avenue, 12th Floor  Fax: (302) 300-3456

New York, NY 10017      Email: MMaimone@btlaw.com

Telephone: (646) 746-2000         GMouriz@btlaw.com

Fax: (646) 746-2001

Email: Lawrence.Gerschwer@btlaw.com  *Attorneys for Defendant James Taylor*

   Joseph.Matteo@btlaw.com

   Charlotte.Underwood@btlaw.com