**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP,<br><br>        Defendants. | C.A. No. 23-cv-00653-GBW |

## [PROPOSED] ORDER

Having read and considered Defendant James Taylor's Motion to Dismiss the Amended Class Action Complaint (the "Motion"), any response to the Motion, and any oral argument,

**IT IS HEREBY** ORDERED THAT:

1.  The Motion is **GRANTED**.

IT IS SO ORDERED.


Dated: _____ ____, 2024         _____
                                         The Honorable Gregory B. Williams
                                         United States District Judge