**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP,<br><br>      Defendants. | C.A. No. 23-cv-00653-GBW |

**DECLARATION OF GABRIELLA MOURIZ**

I, Gabriella Mouriz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an associate at the firm Barnes & Thornburg LLP, counsel to defendant James Taylor in the above-captioned action, and a member of the bar of the State of Delaware in good standing.

2.      I submit this declaration in support of Taylor's Motion to Dismiss the Amended Class Action Complaint, and to transmit to the Court true and correct copies of the following documents:

3.      Attached as <u>Exhibit 1</u> is a true and correct copy of the Form Subscription Agreement, dated December 10, 2020, which FIII filed with the SEC on December 11, 2020.

4.      Attached as <u>Exhibit 2</u> is a true and correct copy of the Forum Merger III Corporation Proxy Statement, which FIII filed with the SEC on June 9, 2021.

5.      Attached as <u>Exhibit 3</u> is a true and correct copy of the Form 8-K that ELMS filed with the SEC on Feb. 1, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2023, in Wilmington, Delaware.

Gabriella Mouriz

2