## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

<table>
<tr><td>

SHMUEL LEVY, Individually and on Behalf of Others Similarly Situated,

        Plaintiff,

   v.

JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP,

        Defendants.

</td><td>

C.A. No. 23-cv-00653-GBW

</td></tr>
</table>

### DEFENDANT ALBERT LI'S MOTION TO DISMISS
### THE AMENDED CLASS ACTION COMPLAINT

Defendant Albert Li ("Li"), by and through his undersigned counsel, hereby moves this Court in accordance with Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6) and Section 101(b) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(2), to dismiss Counts I and II of Plaintiffs' Amended Class Action Complaint with prejudice as to Li. The grounds for this motion are set forth in Li's submission filed contemporaneously herewith.

**BERGER MCDERMOTT LLP**

 /s/ Michael W. McDermott

*Of Counsel*:

**BRENNAN, MANNA & DIAMOND LLC**
Marlon A. Primes (*pro hac pending*)
200 Public Square, Suite 1850
Cleveland, Ohio 44114
maprimes@bmdllc.com

Michael W. McDermott (No. 4434)
Peter C. McGivney (No. 5779)
Zachary J. Schnapp (No. 6914)
1105 N. Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 655-1140 telephone
(302) 655-1131 facsimile
mmcdermott@bergermcdermott.com
pmcgivney@bergermcdermott.com
zschnapp@bergermcdermott.com

Dated: January 12, 2024
Wilmington, Delaware

*Attorneys for Defendant Albert Li*