**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of Others Similarly Situated,<br><br>       Plaintiff,<br><br>    v.<br><br>JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP,<br><br>       Defendants. | C.A. No. 23-cv-00653-GBW |

**[PROPOSED] ORDER GRANTING DEFENDANT ALBERT LI'S
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

UPON CONSIDERATION OF defendant Albert Li's ("Li") Motion to Dismiss the Amended Class Action Complaint (the "Motion"), and any opposition thereto, it is hereby Ordered that the Motion is GRANTED.

Counts I and II of Plaintiffs' Amended Class Action Complaint are hereby dismissed as to Li with prejudice.

IT IS SO ORDERED this _____ day of _____, 2024

_____
The Honorable Gregory B. Williams
United States District Judge