**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHMUEL LEVY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 23-cv-653 (GBW) |
| vs. | ) ) | |
| JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP, | ) ) ) ) ) | CLASS ACTION |
| Defendants. | ) ) ) | |

**DEFENDANT BDO USA, LLP'S MOTION TO DISMISS
AMENDED CLASS ACTION COMPLAINT**

Defendant BDO USA, LLP ("BDO"), by and through its undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and Section 10(b) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(2), to dismiss the claim asserted against it in the Amended Class Action Complaint with prejudice. The grounds for this motion are set forth in BDO's accompanying brief.

MCDERMOTT WILL & EMERY LLP

/s/ *Ethan H. Townsend*
Ethan H. Townsend (#5813)
Daniel T. Menken (#6309)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 485-3900
ehtownsend@mwe.com
dmenken@mwe.com

**OF COUNSEL:**

Joel C. Haims
Kierstin S. Fowler
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852

*Attorneys for Defendant
BDO USA, LLP*

Dated: January 12, 2024