**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SHMUEL LEVY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 23-cv-653 (GBW) |
| vs. | ) ) | CLASS ACTION |
| JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP, | ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT BDO USA, LLP'S
MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

AND NOW, the Court, having considered Defendant BDO USA, LLP's Motion to Dismiss Amended Class Action Complaint (the "Motion"), as well as the supporting and opposing submissions related thereto, and for good cause shown,

IT IS HEREBY ORDERED, this ___ day of _____, 2024, that the Motion is GRANTED with prejudice.

_____
Judge Gregory B. Williams