## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SHMUEL LEVY, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

JASON LUO, JAMES TAYLOR, ALBERT
LI, MARSHALL KIEV, DAVID BORIS,
and BDO USA, LLP,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:23-cv-00653-GBW

<u>CLASS ACTION</u>

**DEFENDANTS DAVID BORIS AND MARSHALL KIEV'S**
**<u>MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT</u>**

Defendants David Boris and Marshall Kiev hereby move to dismiss the Amended Class

Action Complaint (D.I. 23) pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), 12(b)(6),

and the Private Securities Litigation Reform Act ("PSLRA") (the "Motion"). In support of the

Motion, an Opening Brief and the Declaration of Jenny C. Gu and accompanying exhibits have

been filed contemporaneously herewith. A proposed form of order granting the Motion is attached

for the Court's convenience.

Dated: January 12, 2024

<table>
<tr><td>OF COUNSEL:</td><td>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP</td></tr>
<tr><td>SCHINDLER COHEN & HOCHMAN LLP<br>Jonathan L. Hochman<br>Karen M. Steel<br>Jenny C. Gu<br>100 Wall Street, 15th Floor<br>New York, NY 10005<br>(212) 277-6330<br>jhochman@schlaw.com<br>ksteel@schlaw.com<br>jgu@schlaw.com</td><td><u>/s/ Lakshmi A. Muthu</u><br>Tammy L. Mercer (No. 4957)<br>Lakshmi A. Muthu (No. 5786)<br>M. Paige Valeski (No. 6336)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>tmercer@ycst.com<br>lmuthu@ycst.com<br>pvaleski@ycst.com<br><br>*Attorneys for Defendants David Boris and*<br>*Marshall Kiev*</td></tr>
</table>

2