## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SHMUEL LEVY, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

  v.

JASON LUO, JAMES TAYLOR, ALBERT
LI, MARSHALL KIEV, DAVID BORIS,
and BDO USA, LLP,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:23-cv-00653-GBW

<u>CLASS ACTION</u>

**[PROPOSED] ORDER**

WHEREAS, having considered Defendants David Boris and Marshall Kiev's Motion to Dismiss the Amended Class Action Complaint (D.I. 23), pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), 12(b)(6), and the Private Securities Litigation Reform Act ("PSLRA") (the "Motion"), and all papers and arguments in support of and in opposition thereto;

IT IS HEREBY ORDERED that the Motion is GRANTED and the Amended Class Action Complaint is hereby DISMISSED as against Defendants David Boris and Marshall Kiev.

Dated: _____

              _____
              The Honorable Gregory B. Williams
              United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 12, 2024, a copy of the foregoing

document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

FRIEDLANDER & GORRIS, P.A.
Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3508
*jgorris@friedlandergorris.com*
*dhahn@friedlandergorris.com*

ROBBINS GELLER RUDMAN
& DOWD LLP
Brian E. Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101
*bcochran@rgrdlaw.com*

ROBBINS GELLER RUDMAN
& DOWD LLP
Samuel H. Rudman
Mary K. Blasy
58 South Service Road, Suite 200
Melville, NY 11747
*srudman@rgrdlaw.com*
*mblasy@rgrdlaw.com*

ROBBINS GELLER RUDMAN
& DOWD LLP
Desiree Cummings
C. Chad Johnson
Noam Mandel
Jonathan Zweig
420 Lexington Avenue, Suite 1832
New York, NY
*dcummings@rgrdlaw.com*
*chadj@rgrdlaw.com*
*noam@rgrdlaw.com*
*jzweig@rgrdlaw.com*

*Attorneys for Lead Plaintiffs*

 */s/Lakshmi A. Muthu*
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Tammy L. Mercer (No. 4957 )
Lakshmi A. Muthu (No. 5786)

M. Paige Valeski (No. 6336)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
tmercer@ycst.com
lmuthu@ycst.com
pvaleski@ycst.com

*Attorneys for Defendants Marshall Kiev and
David Boris*

31176182.1