IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHMUEL LEVY, Individually and on          )
Behalf of All Others Similarly Situated,  )
                                          )
                    Plaintiff,            )
                                          )      Civil Action No. 1:23-cv-00653-GBW
         v.                               )
                                          )      CLASS ACTION
                                          )
JASON LUO, JAMES TAYLOR, ALBERT )
LI, MARSHALL KIEV, DAVID BORIS,           )
and BDO USA, LLP,                         )
                                          )
                    Defendants.           )
                                          )

**DECLARATION OF JENNY C. GU IN SUPPORT OF
DEFENDANTS DAVID BORIS AND MARSHALL KIEV'S
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Jenny C. Gu, declare as follows:

1.      I am an attorney at the law firm of Schindler Cohen & Hochman LLP, which represents Defendants David Boris and Marshall Kiev in connection with the above-captioned action.

2.      I submit this Declaration in support of Defendants David Boris and Marshall Kiev's Motion to Dismiss the Amended Class Action Complaint (D.I. 23).

3.      Attached hereto as **Exhibit 1** is a true and correct copy of a June 21, 2021 press release, filed by Forum Merger III Corporation ("FIII") with the SEC on that same date (Accession No. 0001213900-21-033347).

4.      Attached hereto as **Exhibit 2** is a true and correct copy of an August 21, 2020 press release, filed by FIII with the SEC on that same date (Accession No. 0001213900-20-023295).

5.      Attached hereto as **Exhibit 3** is a true and correct copy of relevant excerpts from the Definitive Proxy Statement filed by FIII with the SEC on June 9, 2021 (Accession No. 0001213900-21-031566) (the "Proxy").

6.      Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts of the Agreement and Plan of Merger, dated December 10, 2020, filed by FIII with the SEC on June 9, 2021 as Annex A-1 to the Proxy.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the Form of Subscription Agreement filed by FIII with the SEC on December 11, 2020 (Accession No. 0001213900-20-042147).

8.      Attached hereto as **Exhibit 6** is a true and correct copy of the Form 8-K filed by ELMS with the SEC on February 1, 2022 (Accession No. 0001213900-22-004833).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 12, 2024.

_____
Jenny C. Gu