**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>vs.<br><br>JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP,<br><br>                                   Defendants. | Civil Action No. 1:23-cv-00653 (GBW)<br><br>CLASS ACTION<br><br><br><br><br>DEMAND FOR JURY TRIAL |

**DEFENDANT JASON LUO'S MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

Defendant Jason Luo respectfully moves the Court to dismiss this action in its entirety as to him, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, et seq., for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying Opening Brief in support of the motion and upon the papers, records and pleadings on file with the Court.

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

OF COUNSEL:

Andrew J. Ehrlich
Gregory F. Laufer
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.:  (212) 373-3000
aehrlich@paulweiss.com
glaufer@paulweiss.com

By:  /s/ Matthew D. Stachel
      Matthew D. Stachel (No. 5419)
      1313 N. Market Street, Suite 806
      Post Office Box 32
      Wilmington, DE 19899-0032
      Tel.:  (302) 655-4410
      mstachel@paulweiss.com

*Attorneys for Defendant Jason Luo*

Dated:  January 12, 2024