**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:23-cv-00653 (GBW) |
| Plaintiff, | CLASS ACTION |
| vs. | |
| JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP, | |
| Defendants. | DEMAND FOR JURY TRIAL |

**[PROPOSED] ORDER GRANTING DEFENDANT JASON LUO'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

The Court, having fully considered Defendant Jason Luo's Motion to Dismiss the Amended Class Action Complaint, its supporting briefs, any opposition thereto, and the arguments of the parties, it is this _____ day of _____, 202_, hereby ORDERED that Defendant Jason Luo's Motion to Dismiss is GRANTED and the Amended Class Action Complaint is dismissed as to Defendant Jason Luo in its entirety and with prejudice.

Dated:_____

_____
The Hon. Gregory B. Williams
United States District Judge