## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP,<br><br>        Defendants. | Civil Action No. 1:23-cv-00653 (GBW)<br><br>CLASS ACTION<br><br><br><br><br><br>DEMAND FOR JURY TRIAL |

### DECLARATION OF MATTHEW D. STACHEL

Matthew D. Stachel, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP,  counsel to Defendant Jason Luo in the above-captioned action.

2. I respectfully submit this Declaration in support of the motion by Defendant Jason Luo to dismiss the Amended Class Action Complaint (D.I. 23).

3. Attached as Exhibit 1 is a true and accurate copy of excerpts of Forum Merger III Corp.'s Schedule 14A Proxy Statement- Amendment No. 1, Preliminary Proxy Statement, as of May 7, 2021, and filed with the U.S. Securities and Exchange Commission ("SEC").

4. Attached as Exhibit 2 is a true and accurate copy of excerpts of Forum Merger III Corp.'s  Schedule 14A Proxy Statement- Amendment No. 2, Preliminary Proxy Statement as of May 27, 2021, and filed with the SEC.

5. Attached as Exhibit 3 is a true and accurate copy of excerpts of Forum Merger III Corp.'s Schedule 14A Definitive Proxy Statement, as of June 9, 2021, and filed with the SEC.

6.      Attached as Exhibit 4 is a true and accurate copy of excerpts of Electric Last Mile Solutions, Inc.'s Form S-1, Amendment No. 1, Preliminary Prospectus dated July 29, 2021, and filed with the SEC.

7.      Attached as Exhibit 5 is a true and accurate copy of excerpts of Electric Last Mile Solutions, Inc.'s Prospectus filed pursuant to Rule 424(b)(3), dated August 6, 2021, and filed with the SEC.

8.      Attached as Exhibit 6 is a true and accurate copy of Electric Last Mile Solutions, Inc.'s Form 8-K, dated February 1, 2022, and filed with the SEC.

9.      Attached as Exhibit 7 is a true and accurate copy of Electric Last Mile Solutions, Inc.'s Form 8-K, dated March 11, 2022, and filed with the SEC.

10.      Attached as Exhibit 8 is a true and accurate copy of the Financial Accounting Standards Board ("FASB") Codification 718-10-15 Expenses – Compensation – Compensation-Stock Compensation – Scope and Scope Exceptions section.

11.      Attached as Exhibit 9 is a true and accurate copy of the FASB Codification 850-10 Broad Transactions – Related Party Disclosures – Overall section.

12.      Attached as Exhibit 10 is a true and accurate copy of Electric Last Mile Solutions, Inc.'s Form 8-K, dated February 14, 2022, and filed with the SEC.

13.      Attached as Exhibit 11 is a true and accurate copy of Forum Merger III Corp.'s Form 8-K, dated December 11, 2020, and excerpted merger agreement attached thereto, and filed with the SEC.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.


Executed:  London, United Kingdom
           January 12, 2024


/s/ Matthew D. Stachel
Matthew D. Stachel

3