# Exhibit 3

DEFM14A 1 defm14a0621_forummerger3.htm DEFM14A

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

---

**SCHEDULE 14A**

---

**Information Required in Proxy Statement**
**Schedule 14A Information**

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934**

Filed by the Registrant   ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement

☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒ Definitive Proxy Statement

☐ Definitive Additional Materials

☐ Soliciting Material Pursuant to §240.14a-12

# Forum Merger III Corporation

**(Name of Registrant as Specified In Its Charter)**

---

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☐ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(l) and 0-11.

  (1) Title of each class of securities to which transaction applies:

  (2) Aggregate number of securities to which transaction applies:

  (3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

  (4) Proposed maximum aggregate value of transaction:

  (5) Total fee paid:

☒ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

  (1) Amount Previously Paid:

  (2) Form, Schedule or Registration Statement No.:

  (3) Filing Party:

  (4) Date Filed:

Case 1:23-cv-00653-GBW-LDH    Document 46-3    Filed 01/12/24    Page 3 of 5 PageID #: 1270

Table of Contents

**ELECTRIC LAST MILE, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2020,**
**AND FOR THE PERIOD FROM AUGUST 20, 2020 (INCEPTION) THROUGH DECEMBER 31, 2020**

**5. INCOME TAXES** (cont.)

As of December 31, 2020, there were no unrecognized tax benefits. ELM does not expect the unrecognized tax benefits to change significantly over the next 12 months. ELM currently has no federal or state tax examinations in progress nor has it had any federal or state tax examinations since its inception. As a result, all of ELM's net operating loss carryforwards are subject to federal and state tax examination.

**6. CONVERTIBLE PROMISSORY NOTES**

On December 10, 2020, ELM issued the ELM Convertible Notes, which mature on June 10, 2022, to certain investors. The principal amount of $25,000,000 accrues interest at the rate of 0.15% per annum. Unpaid interest shall be payable by capitalizing it and adding it to the outstanding principal balance on each anniversary of the ELM Convertible Notes ("PIK Interest"). If the ELM Convertible Notes remain outstanding as of June 10, 2022, all unpaid principal and unpaid accrued interest shall be due and payable. In the event that ELM is involved in a business combination transaction that results in the common shares of ELM, its successor or a new parent company or other entity that owns or controls ELM being listed on a national securities exchange (the "Surviving Entity Stock"), then upon closing of such business combination, the outstanding principal amount and any unpaid accrued interest shall automatically convert in whole into the Surviving Entity Stock at a conversion price equal to the product of (i) either the price paid in a private investment in public equity transaction or, in the case of a business combination that does not involve a private investment in public equity transaction, the volume weighted average trading price of share of Surviving Entity Stock on the Nasdaq Capital Market for the five consecutive trading days ending on the trading day immediately preceding the closing of such business combination, multiplied by (ii) 0.90909. In the event ELM consummates an initial public offering, on or before the maturity date, then, upon closing of the initial public offering, the outstanding principal amount of the ELM Convertible Notes and any unpaid interest shall automatically convert at a conversion price equal to the initial public offering price per share of the equity securities sold in the IPO, multiplied by 0.90909. ELM accounts for the ELM Convertible Notes as a share-settled debt under ASC 480-10 based on its conclusion that the ELM Convertible Notes represent an obligation to issue a variable number of shares predominantly based on a fixed amount. As a result, ELM is accreting the carrying value of the ELM Convertible Notes to the expected settlement value of $27,500,028 over the life of the ELM Convertible Notes under the effective interest method. There were no debt issuance costs to capitalize.

Accretion of the ELM Convertible Notes from their principal balance of $25,000,000 to the redemption amount of $27,500,028 is being applied using the effective interest method. ELM recognized $91,930 of interest expense for such accretion for the period from December 10, 2020 through December 31, 2020.

**7. SHAREHOLDERS' DEFICIT**

On August 20, 2020, ELM had 1,000,000 common shares authorized to be issued under its Michigan articles of incorporation. On September 11, 2020, 1,000 common shares were issued to an entity controlled by one of the founders of ELM for $10 per share. On November 12, 2020, pursuant to the terms and conditions of Section 450.1745 of the Michigan Business Corporation Act, ELM was converted to a Delaware corporation, at which time, all 1,000 issued and outstanding shares of common stock became shares of common stock with a par value of $0.0001 of the converted Delaware entity and the authorized common stock decreased from 1,000,000 shares to 200,000 shares. The financial statements have been retrospectively adjusted to reflect the authorized, issued and outstanding common stock of the converted entity.

**8. RELATED PARTY TRANSACTIONS**

On September 11, 2020, an entity controlled by one of the founders of ELM purchased 1,000 shares of ELM's common stock for an aggregate purchase price of $10,000.

On November 19, 2020, ELM issued an additional 84,477 shares of common stock, in the aggregate, to two entities controlled by one of the founders of ELM (Jason Luo) and a third entity controlled by the other founder of ELM (James Taylor) for $10 per share.

On December 10, 2020, ELM issued ELM Convertible Notes to entities controlled by Jason Luo and Albert Li, ELM's Chief Financial Officer, for aggregate cash consideration of $3,125,000.

F-99

Table of Contents

**ELECTRIC LAST MILE, INC.**
**NOTES TO FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2020,**
**AND FOR THE PERIOD FROM AUGUST 20, 2020 (INCEPTION) THROUGH DECEMBER 31, 2020**

**8. RELATED PARTY TRANSACTIONS** (cont.)

As of December 31, 2020, ELM accrued expenses related to support services it received from SERES in the amount of $5,334,000 to facilitate the knowledge transfer of the commercial vehicles to be manufactured by the EVAP Operations subsequent to its acquisition by ELM. SERES is considered a related party as the ELM co-founders and other ELM executives were SERES executives or employees during a portion of the time these services were provided. These expenses were reported in general and administrative expenses including research and development costs of $1,591,500.

**9. COMMITMENTS AND CONTINGENCIES**

ELM entered into a nomination agreement on December 21, 2020 with a supplier, pursuant to which the supplier agreed to develop, manufacture and supply batteries. As part of the terms of the agreement, ELM agreed to pay the supplier $163,283 for engineering, development and testing costs expected to be incurred in 2021 related to the development of the batteries for use in ELM products. The agreement stipulates ELM and the supplier expect to mutually agree to detailed terms and conditions related to the purchase and warranty of the developed batteries in future months. The engineering, development and testing costs were paid and expensed in February 2021.

**10. SUBSEQUENT EVENTS**

ELM evaluated all events or transactions that occurred after December 31, 2020 through May 6, 2021, the date the financial statements were available to be issued.

In January 2021, ELM entered into a noncancelable lease agreement for an office building in Troy, Michigan for a lease term commencing on January 15, 2021 and terminating on December 31, 2023. The lease is classified as an operating lease requiring the minimum lease payments of $778,718 to be expensed on a straight-line basis over the lease term. The lease requires monthly lease payments in advance on the first of the month over the lease term. The lease also requires payment for actual operating expenses (utilities, taxes, insurance, etc.) as incurred.

On April 9, 2021, SERES and ELM renegotiated and entered into an agreement relating to the purchase by ELM of the Mishawaka, Indiana plant, including related tangible and intangible personal property, and the assumption by ELM of any liabilities related to environmental matters, employee benefit plans and union obligations. The aggregate purchase price under this agreement is $145 million, plus the assumption of assumed liabilities, and is payable in part at closing with the remainder payable over the next 21 consecutive months. This agreement also requires the delivery of 5,000,000 shares of Forum common stock to SERES as compensation for strategic cooperation, consulting services and technical support provided by SERES to ELM prior to the closing of the business combination.

On April 9, 2021, SERES and ELM renegotiated and entered into an exclusive IP license agreement pursuant to which SERES will grant ELM a license to make, import, use, and offer commercial vehicle product models EC35 and D51 in North America for an initial royalty fee of $5 million plus $100 per vehicle sold for the first 100,000 vehicles. The exclusivity period under this agreement will be for a period of 30 years if ELM reaches a minimum milestone of more than 10,000 vehicles sold in the first two years and more than 100,000 vehicles sold in the first ten years. If the minimum milestones are not met, then the exclusivity for the license expires.

On April 9, 2021, ELM and Sokon entered into a five-year supply agreement which provides that during each of the calendar years 2021, 2022, and 2023, ELM agrees to procure from Sokon a certain forecasted minimum amount of equipment, goods and components used in the manufacture of commercial EC35 and D51 vehicle models. If ELM fails to meet the annual minimum quantity for any such year, Sokon has the right to terminate the agreement.

On March 24, 2021, ELM and SERES entered into a service agreement which provides ELM with engineering, technical and consulting services relating to electric vehicle prototypes ELM will purchase from SERES. Pursuant to the agreement, ELM agreed to pay SERES $5,320,000 for engineering, technical and consulting services already provided in 2020 by SERES, its affiliates or subcontractors. These expenses, plus sales tax of $14,000, for a total of $5,334,000 have been reported in these financial statements and disclosed in the related party footnote.

******

F-100