# Exhibit 8

Expenses > 71X Compensation > 718 Compensation-Stock Compensation > 718-10 Overall > 718-10-15 Scope and Scope Exceptions

FASB Codification

Copyright © 2024 by Financial Accounting Foundation, Norwalk, Connecticut

# 718-10-15 Scope and Scope Exceptions

Click here to link to 718-10-S15.

> **General Note:** The Scope and Scope Exceptions Section outlines the items (for example, the entities, transactions, instruments, or events) to which the guidance in the Subtopic does or does not apply. In some cases, the Section may contain definitional or other text to frame the scope.

## General

### > Overall Guidance

**15-1** The Scope Section of the Overall Subtopic establishes the pervasive scope for all Subtopics of the Compensation-Stock Compensation Topic. Unless explicitly addressed within specific Subtopics, the following scope guidance applies to all Subtopics of the Compensation-Stock Compensation Topic, with the exception of Subtopic 718-50, which has its own discrete scope.

### > Entities

**15-2** The guidance in the Compensation-Stock Compensation Topic applies to all entities that enter into **share-based payment transactions**.

### > Transactions

**15-3** The guidance in the Compensation-Stock Compensation Topic applies to all share-based payment transactions in which a grantor acquires goods or services to be used or consumed in the grantor's own operations or provides consideration payable to a customer by **issuing** (or offering to issue) its shares, share options, or other equity instruments or by incurring liabilities to an **employee** or a nonemployee

that meet either of the following conditions:

> a.  The amounts are based, at least in part, on the price of the entity's shares or other equity instruments. (The phrase *at least in part* is used because an **award** of share-based compensation may be indexed to both the price of an entity's shares and something else that is neither the price of the entity's shares nor a **market**, **performance**, or **service condition**.)
> b.  The awards require or may require **settlement** by issuing the entity's equity shares or other equity instruments.

**15-3A** Paragraphs 323-10-25-3 through 25-5 provide guidance on accounting for share-based compensation granted by an investor to employees or nonemployees of an equity method investee that provide goods or services to the investee that are used or consumed in the investee's operations.

**15-4** Share-based payments awarded to a grantee by a related party or other holder of an **economic interest in the entity** as compensation for goods or services provided to the reporting entity are share-based payment transactions to be accounted for under this Topic unless the transfer is clearly for a purpose other than compensation for goods or services to the reporting entity. The substance of such a transaction is that the economic interest holder makes a capital contribution to the reporting entity, and that entity makes a share-based payment to the grantee in exchange for services rendered or goods received. An example of a situation in which such a transfer is not compensation is a transfer to settle an obligation of the economic interest holder to the grantee that is unrelated to goods or services to be used or consumed in a grantor's own operations.

**15-5** The guidance in this Topic does not apply to transactions involving share-based payment awards granted to a lender or an investor that provides financing to the issuer. However, see paragraphs 815-40-35-14 through 35-15, 815-40-35-18, 815-40-55-49, and 815-40-55-52 for guidance on an issuer's accounting for modifications or exchanges of written call options to compensate grantees.

> a.  [Subparagraph superseded by Accounting Standards Update No. 2018-07].
> b.  [Subparagraph superseded by Accounting Standards Update No. 2019-08].
> c.  [Subparagraph superseded by Accounting Standards Update No. 2019-08].

**15-5A** Share-based payment awards granted to a customer shall be measured and classified in accordance with the guidance in this Topic (see paragraph 606-10-32-25A) and reflected as a reduction of the transaction price and, therefore, of revenue in accordance with paragraph 606-10-32-25 unless the consideration is in exchange for a distinct good or service. If share-based payment awards are granted to a customer as payment for a distinct good or service from the customer, then an entity shall apply the guidance in paragraph 606-10-32-26.

**15-6** Paragraphs 805-30-30-9 through 30-13 provide guidance on determining whether share-based payment awards **issued** in a business combination are part of the consideration transferred in exchange for the acquiree, and therefore in the scope of Topic 805, or are for continued service to be recognized in the postcombination period in accordance with this Topic.

**15-7** The guidance in the Overall Subtopic does not apply to equity instruments held by an employee

stock ownership plan.

**15-8**

| Pending Content: |
|---|
| **Transition Date:** *(P) January 1, 2025; (N) January 1, 2025* \| **Transition Guidance:** 805-60-65-1 |
| Paragraph 805-60-25-8 provides guidance on determining whether share-based payment awards issued by a **joint venture** upon formation are part of the joint venture formation transaction and, therefore, are within the scope of Subtopic 805-60, or are for continued service to be recognized in the postformation period in accordance with this Topic. |

© 2024 Thomson Reuters/Tax & Accounting. All Rights Reserved.