**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23-cv-00653-GBW

<u>CLASS ACTION</u>

**DECLARATION OF JEFFREY M. GORRIS IN SUPPORT OF**
**<u>LEAD PLAINTIFFS' OPPOSITION TO MOTIONS TO DISMISS</u>**

I, Jeffrey M. Gorris, declare as follows:

1.      I am an attorney duly licensed to practice law in Delaware and before this Court.  I am a Partner at Friedlander & Gorris, P.A.

2.      I respectfully submit this Declaration in support of Lead Plaintiffs' Opposition to Motions to Dismiss.

3.      Attached hereto as Exhibit A is a true and correct copy of relevant excerpts from the Definitive Proxy Statement, filed by Forum Merger III Corporation with the U.S. Securities and Exchange Commission on June 9, 2021.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 12, 2024.

*/s/ Jeffrey M. Gorris*
JEFFREY M. GORRIS

{FG-W0511965.}