# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SHMUEL LEVY, Individually and on
Behalf of All Others Similarly Situated,

         Plaintiff,

      v.

JASON LUO, JAMES TAYLOR, ALBERT
LI, MARSHALL KIEV, DAVID BORIS,
and BDO USA, LLP,

         Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:23-cv-00653-GBW

CLASS ACTION

---

### DECLARATION OF JENNY C. GU IN SUPPORT OF DEFENDANTS DAVID BORIS AND MARSHALL KIEV'S REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

I, Jenny C. Gu, declare as follows:

1.     I am an attorney at the law firm of Schindler Cohen & Hochman LLP, which represents Defendants David Boris and Marshall Kiev in connection with the above-captioned action.

2.     I submit this Declaration in further support of Defendants David Boris and Marshall Kiev's Motion to Dismiss the Amended Class Action Complaint.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of the SEC Comment Letter dated May 20, 2021.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the March 21, 2024

opinion by the District Court of New Jersey, *Hacker v. Electric Last Mile Sols.,* 2024 WL

1231257 (D.N.J. Mar. 21, 2024).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

April 11, 2024.


_____

Jenny C. Gu