# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP, )<br>)<br>)<br>)<br>Defendants. ) | Civil Action No. 23-653-GBW-LDH<br><br><u>CLASS ACTION</u> |

## NOTICE OF SUBSEQUENT AUTHORITY

Pursuant to District of Delaware Local Rule 7.1.2(b), Defendants David Boris ("Boris") and Marshall Kiev ("Kiev") respectfully submit this Notice of Subsequent Authority to advise the Court of the recent decision of the United States Court of Appeals for the Ninth Circuit in *In re CCIV/Lucid Motors Securities Litigation*, No. 23-16049 (9th Cir. Aug. 8, 2024), which is attached as Exhibit A.

The *CCIV/Lucid Motors* decision relates to the Court's consideration of Boris and Kiev's argument in their Motion to Dismiss that Plaintiffs lack standing to bring their claims under Section 10(b) of the Exchange Act.  (*See* Defendants David Boris and Marshall Kiev's Opening Brief in Support of Their Motion to Dismiss the Amended Class Action Complaint (D.I. 42) at Argument § II(A); Defendants David Boris and Marshall Kiev's Reply Brief in Further Support of Their Motion to Dismiss the Amended Class Action Complaint (D.I. 59) at Argument § I(A).)

Dated: August 9, 2024

OF COUNSEL:

SCHINDLER COHEN & HOCHMAN LLP
Jonathan L. Hochman
Karen M. Steel
Jenny C. Gu
100 Wall Street, 15th Floor
New York, NY 10005
(212) 277-6330
jhochman@schlaw.com
ksteel@schlaw.com
jgu@schlaw.com

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

/s/ Lakshmi A. Muthu
Tammy L. Mercer (No. 4957)
Lakshmi A. Muthu (No. 5786)
M. Paige Valeski (No. 6336)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
tmercer@ycst.com
lmuthu@ycst.com
pvaleski@ycst.com

*Attorneys for Defendants David Boris and Marshall Kiev*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

FRIEDLANDER & GORRIS, P.A.
Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3508
*jgorris@friedlandergorris.com*
*dhahn@friedlandergorris.com*

ROBBINS GELLER RUDMAN
& DOWD LLP
Brian E. Cochran
655 West Broadway, Suite 1900
San Diego, CA 92101
*bcochran@rgrdlaw.com*

ROBBINS GELLER RUDMAN
& DOWD LLP
Samuel H. Rudman
Mary K. Blasy
58 South Service Road, Suite 200
Melville, NY 11747
*srudman@rgrdlaw.com*
*mblasy@rgrdlaw.com*

ROBBINS GELLER RUDMAN
& DOWD LLP
Desiree Cummings
C. Chad Johnson
Noam Mandel
Jonathan Zweig
420 Lexington Avenue, Suite 1832
New York, NY
*dcummings@rgrdlaw.com*
*chadj@rgrdlaw.com*
*noam@rgrdlaw.com*
*jzweig@rgrdlaw.com*

*Attorneys for Lead Plaintiffs*

   /s/Lakshmi A. Muthu
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Tammy L. Mercer (No. 4957 )
Lakshmi A. Muthu (No. 5786)

M. Paige Valeski (No. 6336)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
tmercer@ycst.com
lmuthu@ycst.com
pvaleski@ycst.com

*Attorneys for Defendants Marshall Kiev and David Boris*