# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 1:23-cv-00653-GBW-LDH |
| Plaintiff, ) ) ) | CLASS ACTION |
| v. ) ) ) | |
| JASON LUO, et al., ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF APPEARANCE

Please take notice that Sabrina M. Hendershot of the firm Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters her appearance as counsel for defendant Jason Luo.

|  | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| OF COUNSEL: | By: */s/ Sabrina M. Hendershot* |
|  | Matthew D. Stachel (No. 5419) |
| Andrew J. Ehrlich | Sabrina M. Hendershot (No. 6286) |
| Gregory F. Laufer | 1313 North Market Street, Suite 806 |
| PAUL, WEISS, RIFKIND, | Post Office Box 32 |
|   WHARTON & GARRISON LLP | Wilmington, DE 19899-0032 |
| 1285 Avenue of the Americas | Tel.: (302) 655-4410 |
| New York, NY 10019-6064 | mstachel@paulweiss.com |
| Tel.: (212) 373-3000 | shendershot@paulweiss.com |
| aehrlich@paulweiss.com | |
| glaufer@paulweiss.com | *Attorneys for Defendant Jason Luo* |

Dated: December 3, 2024