Joint Letter Regarding Settlement

August 28, 2026

**VIA E-FILING**

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *Levy v. Luo*, No. 1:23-cv-00653-GBW-LDH (D. Del.)

Dear Judge Williams:

Lead Plaintiff and Defendant BDO USA, P.C. (the "Parties") write to inform the Court that they have reached an agreement in principle to resolve the above-referenced matter. The Parties will work in good faith to prepare and execute a formal stipulation of settlement, after which Lead Plaintiff will move for preliminary settlement approval. The Parties intend that such motion will be filed within sixty (60) days. In the interim, the Parties respectfully request that the Court hold all pending motions and deadlines in abeyance and reserve all rights with respect to all pending matters.

The Parties thank the Court for its attention.

Respectfully submitted,

*/s/ David Hahn*
DAVID HAHN (#6417)

FRIEDLANDER & GORRIS, P.A.
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
Telephone: (302) 573-3500
dhahn@friedlandergorris.com

*Liaison Counsel for Lead Plaintiff*

*/s/ Ethan Townsend*
ETHAN H. TOWNSEND (#5813)

MCDERMOTT, WILL & SCHULTE LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 485-3900
ehtownsend@mcdermottlaw.com

*Counsel for Defendant BDO USA, P.C.*

cc: All Counsel of Record (via e-filing)