**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHMUEL LEVY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JASON LUO, JAMES TAYLOR, ALBERT LI, MARSHALL KIEV, DAVID BORIS, and BDO USA, LLP,<br><br>Defendants. | C.A. No. 23-cv-00653 (GBW-LDH)<br><br>CLASS ACTION |

**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR LEAD PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

WHEREAS, Defendant BDO USA, P.C.[1] ("Defendant") and Lead Plaintiff ELMS PIPE Investor Group, comprised of Izac Ben-Shmuel as Trustee of the ILS Trust FBO Izac Ben-Shmuel, Robert Green as Trustee of both the Robert Green Revocable Trust and the Green Children's Trust, Shmuel Levy, and Isidore H. Mayrock ("Lead Plaintiff" and together with Defendant, "Parties"), have agreed to settle this matter (the "Settlement");

[1] BDO USA, LLP changed its legal structure to a professional corporation, and its name to BDO USA, P.C.

WHEREAS, on August 28, 2026, the Parties informed the Court of the Settlement and Lead Plaintiff's intention to file a Motion for Preliminary Certification of the Settlement Class, Preliminary Approval of the Settlement, and Approval of Notice to the Settlement Class (the "Motion") and supporting materials (D.I. 151);

WHEREAS, Rule 7.1.3(a)(4) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware sets a twenty (20) page limit for opening briefs;

WHEREAS, Lead Plaintiff respectfully requests an extension of five (5) pages for its memorandum of law in support of its Motion so that every aspect of the Motion can be addressed in a single brief, and Defendant does not oppose this request;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties and subject to the approval of the Court, that the page limit for Lead Plaintiff's memorandum of law in support of its Motion shall be extended by five pages, to a total of 25 pages.

Agreed and stipulated to by:

*/s/ Ethan H. Townsend*

**MCDERMOTT, WILL & SCHULTE LLP**
Ethan H. Townsend (#5813)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 485-3900
ehtownsend@mwe.com

*Attorneys for Defendant BDO USA, P.C.*

Gregory G. Ballard (*pro hac vice*)
Allyson E. Riemma (*pro hac vice*)
Ludwig von Rigal (*pro hac vice*)

**DECHERT LLP**
1095 Sixth Avenue
New York, NY 10036
Tel: (212) 698-3500
greg.ballard@dechert.com

*Of Counsel for Defendant*

*/s/ David Hahn*

**FRIEDLANDER & GORRIS, P.A.**
Jeffrey M. Gorris (Bar No. 5012)
David Hahn (Bar No. 6417)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
Telephone: (302) 573-3500
jgorris@friedlandergorris.com
dhahn@friedlandergorris.com

*Liaison Counsel for Lead Plaintiff*

**JOHNSON VAN KWAWEGEN LLP**
Andrew E. Blumberg (Bar No. 6744)
Benjamin Potts (Bar No. 6007)
221 W. 10th Street, Suite 423
Wilmington, DE 19801
Telephone: (302) 330-8010
andrew@jvk-law.com
benjamin@jvk-law.com

Chad Johnson *(pro hac vice)*
Noam Mandel *(pro hac vice)*
Desiree Cummings *(pro hac vice)*
Jonathan Zweig *(pro hac vice)*
485 Madison Ave., 15th Floor
New York, NY 10022
Telephone: (646) 836-9630
chad@jvk-law.com
noam@jvk-law.com
desiree@jvk-law.com
jonathan@jvk-law.com

*Lead Counsel for Lead Plaintiff*

Dated: _____________________, 2026

________________________________
The Honorable Gregory B. Williams
United States District Judge